JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff**
MARINA AVXENTIEVA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MARINA AVXENTIEVA, ) <br> ) <br>　　　　　Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Kilolo Kijakazi, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br>　　　　　Defendant. ) <br> _____ ) | No.   2:20-cv-02398-KJN <br><br> STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |

　　　THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Two Hundred ($200.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

[Pleading Title] - 1

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated:  September 16, 2021           /s/  Jesse S. Kaplan

                                     JESSE S. KAPLAN
                                     Attorney for Plaintiff

Dated:  September 16, 2021           /s/ per email authorization

                                     ELLINOR CODER
                                     Special Assistant U.S. Attorney
                                     Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

Dated: September 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE